IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

NOLAN YOUNGMUN,  )
 )
                           Plaintiff,  )
 )
  vs.  )
 )
UNIVERSITY OF ALASKA, BRIAN D.  )
ROGERS, MICHAEL K. POWERS, and  )
MAE MARSH,  )
 )  No. 3:16-cv-0178-HRH
                        Defendants.  )
_____)


O R D E R

Case Status

This case was commenced in the Superior Court for the State of Alaska on July 20, 2016.[1] The case was removed to federal court by the defendants on August 15, 2016.[2] The defendants moved to dismiss pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure, on August 17, 2016.[3] On August 18, 2016, plaintiff filed a notice of filing

---

[1]Docket No. 1-1.

[2]Docket No. 1.

[3]Docket No. 4.

amended complaint and a motion to remand.[4]  On August 19, 2016, plaintiff re-filed a notice of filing amended complaint.[5]

Plaintiff's filing of a notice of filing of amended complaint does not effect the filing of the proposed amended complaint, and it is the court's tentative view that the time for filing an amendment as a matter of course has expired.  Rule 15(a)(1), Federal Rules of Civil Procedure, affords a plaintiff the right to serve and file an amended complaint within 21 days after service of the original complaint.  It is unknown to the court whether or not defendants would consent to the filing of an amended complaint by plaintiff.  See Fed. R. Civ. P. 15(a)(2).  But, in any event, plaintiff's efforts to amend his complaint are likely to complicate proceedings on defendants' motion to dismiss because, judging from plaintiff's motion to remand, plaintiff's attempt at amending his complaint might delete the federal claim upon which removal was predicated.[6]

As matters now stand in this case, it appears that the court has federal question jurisdiction.  The court will therefore take up first the question of whether or not an amended complaint may be filed.  Counsel will please confer and inform the court whether or not defendants will consent to the filing of an amended complaint.  If consent is given, plaintiff's proposed amended complaint will be filed, and the court will then take up plaintiff's motion for remand; and if a remand is denied, this court will take up the defendants' motion to dismiss.  If consent to the filing of an amended complaint is not given, the court will then entertain a motion to amend by plaintiff.  If that motion is

---

[4]Docket Nos. 5 and 6.

[5]Docket No. 8.

[6]Docket No. 1 at 2, ¶ 3.

granted, the court will take up plaintiff's motion to remand. If the motion to amend is denied, the court will take up defendants' motion to dismiss.

Counsel for the parties will please confer and, on or before September 2, 2016, propose to the court a calendar for briefing the motions which have been filed or which may be filed in furtherance of resolving the above-described matters.

DATED at Anchorage, Alaska, this  22nd  day of August, 2016.

                                              /s/ H. Russel Holland
                                              United States District Judge