Thomas M. Daniel
TDaniel@perkinscoie.com
Sarah J. Shine
SShine@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendant
University of Alaska, Anchorage

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NOLAN YOUNGMUN,<br><br>            Plaintiff,<br><br>   v.<br><br>UNIVERSITY OF ALASKA,<br>BRIAN D. ROGERS, MICHAEL K. POWERS,<br>and MAE MARSH,<br><br>            Defendants. | Case No. 3:16-cv-00178-HRH |

**NOTICE OF FILING SUPERIOR COURT DOCUMENTS**

This is to notify the court that all pleadings filed in this action in the superior court are attached hereto as Exhibit A for filing with this court. The following is a list showing the documents filed with the superior court and the date of filing:

| | |
|---|---|
| Civil Complaint | 7/20/16 |
| Summons and Notice to Both Parties of Judicial Assignment | 7/20/16 |
| Demand Jury Trial | 7/20/16 |
| Motion for Preliminary Injunction | 7/20/16 |

Notice of Filing Superior Court Documents      -1-      132317585.1
*Youngmun v. University of Alaska*
Case No. 3:16-cv-00178-HRH

Case 3:16-cv-00178-HRH    Document 10    Filed 08/29/16    Page 1 of 2

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

| Recusal by Judge | 7/21/16 |
|---|---|
| Notice of Change of Judge | 7/28/16 |
| Civil Rule 4(f) Affidavit of Service | 8/10/16 |
| Notice of Removal | 8/12/16 |

DATED: August 29, 2016.

**PERKINS COIE LLP**

/s/Thomas M. Daniel
Thomas M. Daniel, Alaska Bar No. 8601003
TDaniel@perkinscoie.com
Sarah J. Shine, Alaska Bar No. 1205034
SShine@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendant
University of Alaska, Anchorage

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2016, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No. 3:14-cv-00178-HRH who are registered CM/ECF users will be served by the CM/ECF system.

s/ Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

Notice of Filing Superior Court Documents
*Youngmun v. University of Alaska*
Case No. 3:16-cv-00178-HRH
-2-
132317585.1

Case 3:16-cv-00178-HRH   Document 10   Filed 08/29/16   Page 2 of 2