William H. Ingaldson
INGALDSON FITZGERALD, P.C.
813 W. 3rd Ave.
Anchorage, Alaska 99501
Phone: (907) 258-8750
Fax: (907) 258-8751
bill@impc-law.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NOLAN YOUNGMUN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNIVERSITY OF ALASKA, ) <br> BRIAN D. ROGERS, MICHAEL K. ) <br> POWERS, and MAE MARSH, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 3:16-cv-00178-HRH |

## **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

Comes now the parties, by and FRCP 41(a)(1)(A)(ii) and stipulate to dismissal of the above-captioned matter without prejudice.

**INGALDSON FITZGERALD, P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

*Youngmun v. University of Alaska, et al.*
*Case No.* 3:16-cv-00178-HRH
Stipulation for Dismissal Without Prejudice Page **1** of **2**

Dated this 1st day of September, 2016.

        INGALDSON FITZGERALD, P.C.
        Attorneys for Plaintiffs

        By:   s/William H. Ingaldson
           William H. Ingaldson
           ABA No. 8406030

Dated this 1st day of September, 2016.

        PERKINS COIE, LLP
        Attorneys for Defendants

        By:   s/Sarah J. Shine
           Sarah J. Shine
           ABA No. 1205034

**INGALDSON FITZGERALD, P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

F:\W\3499.003\Pleadings\WORD\Stipulation for Dismissal without Prejudice.doc

*Youngmun v. University of Alaska, et al.*
*Case No.* 3:16-cv-00178-HRH
Stipulation for Dismissal Without Prejudice Page **2** of **2**