IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

NOLAN YOUNGMUN,

                Plaintiff,

vs.

UNIVERSITY OF ALASKA, BRIAN D. ROGERS, MICHAEL K. POWERS, and MAE MARSH,

                Defendants.

No. 3:16-cv-0178-HRH

O R D E R

Case Dismissed

Based upon the parties' *Stipulation for Dismissal without Prejudice*,[1] filed September 2, 2016,

IT IS ORDERED that plaintiff's complaint is dismissed without prejudice pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure.

DATED at Anchorage, Alaska, this  6th  day of September, 2016.

/s/ H. Russel Holland
United States District Judge

---

[1]Docket No. 11.